# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV305

| | |
|---|---|
| DAVID ESTES COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Upon further review and consideration of this matter, the undersigned has determined that the Status and Motions Hearing scheduled for April 24, 2007 will not be necessary. The undersigned is confident that based on the papers alone, a Memorandum and Recommendation can be filed in due course addressing the pending motions.

**IT IS, THEREFORE, ORDERED** that the hearing scheduled for April 24, 2007 is cancelled.

Signed: April 19, 2007

David C. Keesler
United States Magistrate Judge